THE PEOPLE OF THE STATE OF NEW YORK ex rel. TOWN OF OYSTER BAY, Appellant, *v.* STATE TAX COMMISSION OF THE STATE OF NEW YORK et al., Respondents.

*People ex rel. Town of Oyster Bay* v. *State Tax Commission*, 171 App. Div. 963, appeal dismissed.

(Submitted May 23, 1916; decided June 6, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 22, 1915, which quashed a writ of certiorari to review an order of the state tax commission equalizing assessments between the three towns of Nassau county for the year 1911 and dismissed the proceeding. The controversy out of which the present proceeding arose was

previously before this court, and is reported in 214 New York, at page 594, where the facts are fully stated.

*Henry A. Uterhart* for appellant.

*Egburt E. Woodbury, Attorney-General,* for state tax commission, respondent.

*Edgar M. Cullen* and *Alfred T. Davison* for town of Hempstead, respondent.

Appeal dismissed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.